

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

VIA CM/ECF Only

July 12, 2021

U.S. District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

**<u>Re:    Gonzalez v. Washington Square Hotel, LLC, 1:21-cv-03235-PAE-SLC</u>**

Dear U.S. District Judge Engelmayer:

    We represent the Plaintiff Jesus Gonzalez ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can finalize the written settlement agreement and file a stipulation of dismissal.

    We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    All counsel of record *(via CM/ECF)*